# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:19-mj-00084-VCF |
| | ) | |
| RYAN MATTHEW CISNEROS | ) | Charging District:   Central District of California |
| _Defendant_ | ) | Charging District's Case No.  CR18-00875 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place:  U.S. District Court for the Central District of California | Courtroom No.:  AS ORDERED |
| | Date and Time:  AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:      Feb 4, 2019

_Judge's signature_

CAM FERENBACH, U.S. MAGISTRATE JUDGE
_Printed name and title_

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB - 4 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY